**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| TERRY LEE DITTERLINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-cv-00907-JPG-CJP |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant.[1] | ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff, Terry Lee Ditterline.

DATED:  September 20, 2017

**JUSTINE FLANAGAN,**
**Acting Clerk of Court**

BY:   s/Tina Gray
**Deputy Clerk**

Approved:
*s/ J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  See *Casey v. Berryhill*, 853 F.3d 322 (7th Cir. 2017).  She is automatically substituted as defendant in this case.  See Fed. R. Civ. P. 25(d); 42 U.S.C. §405(g).